THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Derrick Woods, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2005-UP-269
Submitted April 1, 2005  Filed April 8, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Derrick Woods was convicted of possession of crack cocaine with intent to distribute, second offense, possession of crack cocaine with intent to distribute within proximity of a public park, and resisting arrest.  He was sentenced to twenty-five years for possession of crack cocaine with intent to distribute, second offense, fifteen years, concurrent, for possession of crack cocaine with intent to distribute within proximity of a public park, and ten years, consecutive, for resisting arrest.  Woodss appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no directly appealable issues of arguable merit.  Woods filed a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
 APPEAL DISMISSED.
 ANDERSON, BEATTY, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.